IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

C.H.,

    Plaintiff,

v.                                                                                  No. 21-cv-0574 KRS-SMV

PATRICK HOWARD AND
LAS CRUCES PUBLIC SCHOOLS,

    Defendants,

and

TEACHERS INSURANCE COMPANY,

    Plaintiff-in-Intervention,

v.

C.H. and PATRICK HOWARD,

    Defendants-in-Intervention.

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE ANSWER**

THIS MATTER is before the Court on Defendant Patrick Howard's *Motion for Extension of Time to File his Answer to the Complaint in Intervention* (the "Motion"). [Doc. 46] (filed December 20, 2021). In the Motion, Defendant Howard explains his answer to the *Complaint in Intervention*, [Doc. 43], is currently due December 27, 2021, but that he requires an extension due to counsel's urgent need to attend to other matters. [Doc. 46] at 1-2. Defendant Howard therefore requests until January 17, 2022, to file an answer to the *Complaint in Intervention*. *Id.* The Court,

having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be GRANTED.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Defendant Howard shall have until **January 18, 2022**, to file an answer or responsive pleading to the *Complaint in Intervention* [Doc. 43].

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**