IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**C.H.**,

    **Plaintiff,**

v.                                                                                   No. 2:21-cv-00574-MV-SMV

**PATRICK HOWARD
AND LAS CRUCES PUBLIC SCHOOLS,**

    **Defendants,**

and

**TEACHERS INSURANCE COMPANY,**

    **Plaintiff-in-Intervention,**

v.

**C.H. and PATRICK HOWARD,**

    **Defendants-in-Intervention.**

## ORDER GRANTING DEFENDANT-IN-INTERVENTION C.H.'S UNOPPOSED MOTION TO EXTEND DEADLINE FOR ANSWER TO COMPLAINT-IN-INTERVENTION

THIS MATTER comes before the Court on Defendant-in-Intervention C.H.'s Unopposed Motion to Extend the Deadline for Answer to Complaint-In-Intervention [Doc. 47]. The Court, being fully advised, finds that the unopposed motion is well taken and should be GRANTED to extend Defendant-in-Intervention C.H.'s deadline to file her answer to Plaintiff-in-Intervention Teachers Insurance Company's Complaint-in-Intervention from December 27, 2021, to January 10, 2021, with all other scheduling deadlines unchanged.

    IT IS SO ORDERED.

_____
THE HONORABLE STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

Submitted by:

*Electronically Submitted*

*/s/ Mollie C. McGraw*
Mollie C. McGraw, Esq.
Amanda S. Carmody, Esq.
McGraw & Associates, LLC
165 W. Lucero Avenue
Las Cruces, NM 88005
(575) 523-4321
Mollie@lawfirmnm.com
Amanda@lawfirmnm.com

*Attorneys for Plaintiff /*
*Defendant-In-Intervention C.H.*

Approved by:

*Electronic Approval on 12-21-21*

*/s/ Minal P. Unruh*
Minal P. Unruh, Esq.
Stephanie J. Schneider, Esq.
Butt Thornton & Baehr, PC
P.O. Box 3170
Albuquerque, NM 87190-3170
(505) 884-0777
mpunruh@btblaw.com

*Attorneys for Plaintiff-in-Intervention*
*Teachers Insurance Company*