## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**C.H.,**

      **Plaintiff,**

**v.**

                                      **No. 2:21-cv-00574-MV-SMV**

**PATRICK HOWARD,**
**LAS CRUCES PUBLIC SCHOOLS,**

      **Defendant**s,

**and**

**TEACHERS INSURANCE COMPANY,**

      **Plaintiff-in-Intervention,**

**v.**

**C.H. and PATRICK HOWARD,**

      **Defendants-in-Intervention.**

### ORDER GRANTING
### PLAINTIFF C.H.'S MOTION TO FILE FIRST AMENDED COMPLAINT

THIS MATTER comes before the Court on *Plaintiff C.H.'s Motion to File First Amended Complaint* [Doc. 58]. The Court, noting no opposition by Defendants, FINDS the Motion is well taken, and good cause exists to GRANT Plaintiff C.H.'s motion to amend.

IT IS THEREFORE ORDERED that Plaintiff C.H. may file her First Amended Complaint in this action.

_____

STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted,

*Electronically submitted*

/s/ Mollie C. McGraw
Mollie C. McGraw, Esq.
Amanda S. Carmody, Esq.
McGraw & Associates, LLC
165 W. Lucero Avenue
Las Cruces, NM 88005
(575) 523-4321
Mollie@lawfirmnm.com
Amanda@lawfirmnm.com

*Attorney for Plaintiff C.H.*


**Approved by:**

*Electronically Approved on 1-25-2022*

*/s/ Bryan Evans*
Bryan Evans, Esq.
Atwood, Malone, Turner & Sabin, P.A.
P.O. Drawer 700
Roswell, NM 88202-0700
(575) 622-6221

*Attorneys for Defendants Las Cruces Public Schools, Hendee, Carillo, and Brookover*

**Approved by:**

*Electronically Approved on 1-25-2022*

*/s/ John Stiff*
John Stiff, Esq.
STIFF, KEITH & GARCIA, LLC
500 Marquette Ave. NW, Ste. 1400
Albuquerque, New Mexico 87102
 (505) 243-5755
jstiff@stifflaw.com

**No position taken by:**

*No position taken, as of 1-25-2022*

*/s/ Cody R. Rodgers*
Cody R. Rogers, Esq.
Jarmie & Rogers
2540 El Paseo, Suite D
Las Cruces, NM 88001
crogers@jarmielaw.com

-    and  -


*No position taken, as of 1-25-2022*

*/s/ Jeep Darnell*
Jeep Darnell, Esq.
Jim Darnell, P.C.
310 N. Mesa, Suite 212
El Paso, Texas 79901
(915)532-2442
jedarnell@jdarnell.com

*Attorneys for Defendant Patrick Howard*

*No position taken, as of 1-25-2022*

*/s/Minal P. Unruh*
Minal P. Unruh, Esq.
Stephanie J. Schneider, Esq.
Butt Thornton & Baehr, PC
P.O. Box 3170
Albuquerque, NM 87190-3170
(505) 884-0777
mpunruh@btblaw.com
tleichinger@btblaw.com

*Attorneys for Plaintiff-in-Intervention*
*Teachers Insurance Company*