IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

C.H.,

    Plaintiff,

v.

                                                                                                                    No. 2:21-cv-00574-MV/SMV

PATRICK HOWARD,
LAS CRUCES PUBLIC SCHOOLS,

    Defendants,

and

TEACHERS INSURANCE COMPANY,

    Plaintiff-in-Intervention,

v.

C.H. and PATRICK HOWARD,

    Defendants-in-Intervention.

## ORDER GRANTING
## STIPULATED MOTION TO MODIFY EXPERT, DISCOVERY AND
## DAUBERT/DISPOSITIVE MOTION DEADLINES

THIS MATTER comes before the court on the parties' *Stipulated Motion to Modify Expert Disclosure, Discovery and Daubert/Dispositive Motion Deadlines* [Doc. 60]. The Court, noting the parties' stipulation and having reviewed the parties' proposed modifications to the deadlines, FINDS the requested modifications are reasonable, and good cause exists to GRANT the parties' stipulated motion to modify the deadlines as requested in the Motion.

IT IS HEREBY ORDERED that certain pre-trial deadlines are modified as follows:

1

| | |
|---|---|
| Plaintiff's Expert Identification and Deposition Availability | February 28, 2022 |
| Plaintiff's Expert Reports | March 28, 2022 |
| Defendants' Expert Identification and Deposition Availability | April 26, 2022 |
| Defendants' Expert Reports | May 24, 2022 |
| Discovery Cutoff | July 22, 2022 |
| Dispositive and *Daubert* Pretrial Motions Filed | August 22, 2022 |

_____
STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

*Electronically submitted on 01/27/22*

/s/ Bryan Evans_____
Bryan Evans, Esq.
Atwood, Malone, Turner & Sabin, P.A.
P.O. Drawer 700
Roswell, NM 88202-0700
(575) 622-6221
*Attorneys for Defendants Las Cruces Public Schools*

**Approved by:**

*Electronically Approved on 01/26/22*

*/s/ Mollie C. McGraw*
Mollie C. McGraw, Esq.
Amanda S. Carmody, Esq.
McGraw & Associates, LLC
165 W. Lucero Avenue
Las Cruces, NM 88005
(575) 523-4321
*Attorney for Plaintiff C.H.*

**Approved by:**

*Electronically Approved on 01/27/22*

*/s/ John Stiff*
John Stiff, Esq.
STIFF, KEITH & GARCIA, LLC
500 Marquette Ave. NW, Ste. 1400
Albuquerque, New Mexico 87102
(505) 243-5755

 -    and  -

*Electronically Approved on 01/26/22*

*/s/ Cody R. Rogers*
Cody R. Rogers, Esq.
Jarmie & Rogers
2540 El Paseo, Suite D
Las Cruces, NM 88001
 -    and  -

*Electronically Approved on 01/27/22*

*/s/ Jeep Darnell*
Jeep Darnell, Esq.
Jim Darnell, P.C.
310 N. Mesa, Suite 212
El Paso, Texas 79901
(915)532-2442
*Attorneys for Defendant Patrick Howard*

**Approved by:**

*Electronically Approved on 01/26/22*

<u>*Minal P. Unruh*</u>
Minal P. Unruh, Esq.
Stephanie J. Schneider, Esq.
Butt Thornton & Baehr, PC
P.O. Box 3170
Albuquerque, NM 87190-3170
(505) 884-0777
*Attorneys for Plaintiff-in-Intervention*
*Teachers Insurance Company*