**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**C.H.,**

    **Plaintiff,**

v.

**PATRICK HOWARD, DANA CRITCHLOW,
GREGORY A. EWING, and
LAS CRUCES PUBLIC SCHOOLS,**

    **Defendants,**

**and**

**TEACHERS INSURANCE COMPANY,**

    **Plaintiff-in-Intervention,**

v.

**C.H. and PATRICK HOWARD,**

    **Defendants-in-Intervention.**

**No. 21-cv-0574 MV/SMV
consolidated with
20-cv-0190 SMV/GBW
20-cv-0276 GBW/SMV
20-cv-0549 SMV/GBW**

**ORDER GRANTING MOTION TO FILE UNDER SEAL "EXHIBIT A"
TO PLAINTIFF'S UNOPPOSED MOTION TO SEAL PORTIONS
OF JULIA GARDNER'S DEPOSITION**

THIS MATTER, having come before this Court on the *Motion to File Under Seal "Exhibit A" to Plaintiff's Unopposed Motion to Seal Portions of Julia Gardner's Deposition* [Doc. 74]. The Court having reviewed the motion, and being otherwise fully advised in the premises thereof, hereby finds good cause to GRANT the motion.

IT IS HEREBY ORDERED that the excerpts from the rough draft of Ms. Gardner's deposition transcript shall be filed under seal as **"Exhibit A"** to the *Plaintiff's Unopposed Motion to Seal Portions of Julia Gardner's Deposition* due to its private and confidential nature.

_____
THE HONORABLE STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted,

*Electronically submitted*

/s/ Amanda S. Carmody
Amanda S. Carmody, Esq.
Mollie C. McGraw, Esq.
McGraw & Associates, LLC
165 W. Lucero Avenue
Las Cruces, NM 88005
(575) 523-4321
Mollie@lawfirmnm.com
Amanda@lawfirmnm.com

*Attorney for Plaintiff V.D., C.H., S.O., and T.R.*


**Approved by:**

*Electronically Approved on 2/28/2022*

/s/Bryan Evans
Bryan Evans, Esq.
Atwood, Malone, Turner & Sabin, P.A.
P.O. Drawer 700
Roswell, NM 88202-0700
(575) 622-6221

*Attorneys for Defendants Las Cruces Public Schools,*
*Hendee, Critchlow, Ewing, Carillo, and Brookover*

2

**Approved by:**

*Electronically Approved on 2/28/2022*

*/s/John Stiff*
John Stiff, Esq.
STIFF, KEITH & GARCIA, LLC
500 Marquette Ave. NW, Ste. 1400
Albuquerque, New Mexico 87102
(505) 243-5755
jstiff@stifflaw.com

*Electronically Approved on 2/28/2022*

*/s/Cody R. Rodgers*
Cody R. Rogers, Esq.
Jarmie & Rogers
2540 El Paseo, Suite D
Las Cruces, NM 88001
crogers@jarmielaw.com

*Electronically Approved on 2/28/2022*

*/s/Jeep Darnell*
Jeep Darnell, Esq.
Jim Darnell, P.C.
310 N. Mesa, Suite 212
El Paso, Texas 79901
(915)532-2442
jedarnell@jdarnell.com

*Attorneys for Defendant Patrick Howard*

*Electronically Approved on 2/27/2022*

*/s/Minal P. Unruh*
Minal P. Unruh, Esq.
Stephanie J. Schneider, Esq.
Butt Thornton & Baehr, PC
P.O. Box 3170
Albuquerque, NM 87190-3170
(505) 884-0777
mpunruh@btblaw.com
tleichinger@btblaw.com

*Attorneys for Plaintiff-in-Intervention Teachers Insurance Company*