IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**C.H.**,

    **Plaintiff,**

v.                                                                                                                 No. 21-cv-0574 MV/SMV
                                                                                                                        consolidated with

**PATRICK HOWARD, DANA CRITCHLOW,**            20-cv-0190 SMV/GBW
**GREGORY A. EWING,** and                                20-cv-0276 GBW/SMV
**LAS CRUCES PUBLIC SCHOOLS,**                    20-cv-0549 SMV/GBW

    **Defendants,**

and

**TEACHERS INSURANCE COMPANY,**

    **Plaintiff-in-Intervention,**

v.

**C.H. and PATRICK HOWARD,**

    **Defendants-in-Intervention.**

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION
### TO SEAL PORTIONS OF JULIA GARDNER'S DEPOSITION

**THIS MATTER** comes before the Court on *Plaintiff's Unopposed Motion to Seal Portions of Julia Gardner's Deposition* [Doc. 73]. The Court, being fully advised, finds that the motion is well taken and should be GRANTED.

IT IS HEREBY ORDERED that the portions of the audiovisual recording and transcript from Julia Gardner's December 10, 2021, deposition, specifically 83:24-84:19 and 88:23-89:17, shall be sealed, to include redacting the described testimony and requiring any document or audiovisual recording that is filed that references or contains these portions of Ms. Gardner's deposition shall be filed under seal. Nothing contained in this order shall be construed as an agreement concerning usage at trial, by any party, of the sealed portions of the deposition.

1

_____
THE HONORABLE STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted,

*Electronically submitted*

/s/ Amanda S. Carmody
Amanda S. Carmody, Esq.
Mollie C. McGraw, Esq.
McGraw & Associates, LLC
165 W. Lucero Avenue
Las Cruces, NM 88005
(575) 523-4321
Mollie@lawfirmnm.com
Amanda@lawfirmnm.com

*Attorney for Plaintiff V.D., C.H., S.O., and T.R.*


**Approved by:**

*Electronically Approved on 2/28/2022*

/s/Bryan Evans
Bryan Evans, Esq.
Atwood, Malone, Turner & Sabin, P.A.
P.O. Drawer 700
Roswell, NM 88202-0700
(575) 622-6221

*Attorneys for Defendants Las Cruces Public Schools,
Hendee, Critchlow, Ewing, Carillo, and Brookover*

**Approved by:**

*Electronically Approved on 2/28/2022*

/s/John Stiff
John Stiff, Esq.
Stiff, Keith & Garcia, LLC
500 Marquette Ave. NW, Ste. 1400

2

Albuquerque, New Mexico 87102
(505) 243-5755
jstiff@stifflaw.com

*Electronically Approved on 2/28/2022*

<u>/s/Cody R. Rodgers</u>
Cody R. Rogers, Esq.
Jarmie & Rogers
2540 El Paseo, Suite D
Las Cruces, NM 88001
crogers@jarmielaw.com

*Electronically Approved on 2/28/2022*

<u>/s/Jeep Darnell</u>
Jeep Darnell, Esq.
Jim Darnell, P.C.
310 N. Mesa, Suite 212
El Paso, Texas 79901
(915)532-2442
jedarnell@jdarnell.com

*Attorneys for Defendant Patrick Howard*

*Electronically Approved on 2/27/2022*

<u>/s/Minal P. Unruh</u>
Minal P. Unruh, Esq.
Stephanie J. Schneider, Esq.
Butt Thornton & Baehr, PC
P.O. Box 3170
Albuquerque, NM 87190-3170
(505) 884-0777
mpunruh@btblaw.com
tleichinger@btblaw.com

*Attorneys for Plaintiff-in-Intervention
Teachers Insurance Company*