IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

C.H.,

    **Plaintiff,**

v.                                                                                                      No. 21-cv-0574 MV/SMV
                                                                                                         consolidated with

PATRICK HOWARD, DANA CRITCHLOW,           20-cv-0190 SMV/GBW
GREGORY A. EWING, and                            20-cv-0276 GBW/SMV
LAS CRUCES PUBLIC SCHOOLS,                     20-cv-0549 SMV/GBW

    **Defendants,**

**and**

**TEACHERS INSURANCE COMPANY,**

    **Plaintiff-in-Intervention,**

v.

**C.H. and PATRICK HOWARD,**

    **Defendants-in-Intervention.**

### ORDER SETTING MOTION HEARING

| | |
|---|---|
| **Location:** | Zoom Video Conference |
| **Date and time:** | April 14, 2022, at 9:30 a.m. MDT |
| **Matters to be heard:** | Plaintiffs' Motion to Compel Continued Deposition and for Sanctions [Doc. 66]<br>Defendant Howard's Motions for Protective Order [Docs. 69, 76] |

    **IT IS ORDERED** that a hearing is set on 1) Plaintiffs' Motion to Compel Continued Deposition and for Sanctions [Doc. 66] and 2) Defendant Howard's Motions for Protective Order [Docs. 69, 76]. The hearing is set for **Thursday, April 14, 2022, at 9:30 a.m.** MDT by **Zoom video conference**.

Counsel and parties may join the Zoom video conference at https://nmd-uscourts.zoomgov.com/j/1604648469 (Meeting ID: 160 464 8469, Passcode: 896270). Court staff will also email the Zoom link to counsel of record before the hearing. Counsel are responsible for providing the link to their clients, if necessary.

No later than **April 7, 2022**, each party must provide the Court a list of the names of the individuals who will attend the hearing. **This list must include the e-mail addresses and phone numbers for each person attending the hearing.** This list must be submitted to the Court by e-mail at VidmarChambers@nmd.uscourts.gov. Court staff will use this information to communicate with attendees during the hearing should there be technical difficulties with Zoom. All individuals attending the hearing must familiarize themselves with Zoom before the hearing.

IT IS SO ORDERED.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**