UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**C.H.,**

    **Plaintiff,**

v.                                                                 No. 2:21-cv-00574-MV-SMV
                                                                 consolidated for
                                                                  discovery with
**PATRICK HOWARD; DANA CRITCHLOW;**       20-cv-00190 SMV/GBW
**GREGORY A. EWING; and LAS CRUCES**         20-cv-00276 GBW/SMV
**PUBLIC SCHOOLS,**                                    20-cv-00549 SMV/GBW

    **Defendants,**

**and**

**TEACHERS INSURANCE COMPANY,**

    **Plaintiff-in-Intervention,**

v.

**C.H. and PATRICK HOWARD,**

    **Defendants-in-Intervention.**

## STIPULATED ORDER EXTENDING EXPERT REPORT DEADLINES

This matter came before the Court on the parties' Joint Motion to Extend Expert Report Deadlines. The Court, having reviewed said motion, finds that it is well taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the expert report deadline for Plaintiffs is now April 15, 2022, and the expert report deadline for Defendants is now June 10, 2022. All other deadlines shall remain in place.

_____
THE HONORABLE STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE


APPROVED:

McGRAW LAW & ASSOCIATES


By **Electronically Approved on 03/24/22 /s/ Amanda S. Carmody**
    Mollie McGraw
    Amanda S. Carmody
    165 W. Lucero Ave.
    Las Cruces, NM 88005
    (575) 523-4321
*Attorneys for Plaintiffs*


ATWOOD, MALONE, TURNER & SABIN, P.A.


By **Electronically Filed on 03/28/22 /s/ Bryan Evans**
    Bryan Evans
    Barbara Evans
    P.O. Drawer 700
    Roswell, NM 88202-0700
    (575) 622-6221
*Attorneys for Defendant LCPS*


STIFF, GARCIA & ASSOCIATES, LLC


By **Electronically Approved on 03/24/22 /s/ John S. Stiff**
    John S. Stiff
    H. Nicole Werkmeister
    Julia Y. Parsons
    500 Marquette Ave., N.W., Suite 1400
    Albuquerque, NM 87102-5312
    (505) 243-5755

JARMIE & ROGERS, P.C.


By **Electronically Approved on 03/28/22  /s/ Cody R. Rogers**
    Cody R. Rogers
    P.O. Box 344
    Las Cruces, NM 88004-0344
    (575) 288-1453

*Attorneys for Defendant Howard*


BUTT, THORNTON & BAEHR, P.C.


By **Electronically Approved on 03/28/22  /s/ Minal P. Unruh**
    Minal P. Unruh
    Stephanie J. Schneider
    P.O. Box 3170
    Albuquerque, NM 87190-3170
    (505) 884-0777
*Attorneys for Teachers Insurance Company*