IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**C.H.**,

    Plaintiff,

v.

                                          No. 2:21-cv-00574-MV-SMV

**PATRICK HOWARD,**
**DANA CRITCHLOW,**
**GREGORY A. EWING, and**
**LAS CRUCES PUBLIC SCHOOLS,**

    Defendants,

**and**

**TEACHERS INSURANCE COMPANY,**

    Plaintiff-in-Intervention,

v.

**C.H. and PATRICK HOWARD,**

    Defendants-in-Intervention.

## ORDER TO EXTEND DEADLINE
## FOR RESPONSE TO DEFENDANTS' OFFER OF JUDGMENT

**THIS MATTER** comes before the Court on Plaintiff C.H.'s Motion for an Order to Extend Deadline to Respond to Defendants' Offer of Judgment [Doc. 97]. The Court, being fully advised, and the Parties being in full agreement, finds that the motion is well taken and should be GRANTED.

THE DEADLINE for Plaintiff C.H. to respond to Defendants' Offer of Judgment is extended to April 29, 2022.

IT IS SO ORDERED.

_____
THE HONORABLE STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

*Electronically submitted*

/s/ Amanda S. Carmody
Amanda S. Carmody, Esq.
Mollie C. McGraw, Esq.
McGraw & Associates, LLC
165 W. Lucero Avenue
Las Cruces, NM 88005
(575) 523-4321
Mollie@lawfirmnm.com
Amanda@lawfirmnm.com

*Attorney for Plaintiff V.D., C.H., S.O., and T.R.*


**Approved by:**

*Electronically Approved on April 4, 2022*

/s/Bryan Evans
Bryan Evans, Esq.
Atwood, Malone, Turner & Sabin, P.A.
P.O. Drawer 700
Roswell, NM 88202-0700
(575) 622-6221

*Attorneys for Defendants Las Cruces Public Schools, Hendee, Critchlow, Ewing, Carillo, and Brookover*

**Approved by:**

*Electronically Approved on April 13, 2022*

/s/John Stiff
John Stiff, Esq.
STIFF, KEITH & GARCIA, LLC
500 Marquette Ave. NW, Ste. 1400
Albuquerque, New Mexico 87102

(505) 243-5755
jstiff@stifflaw.com

*Electronically Approved on April 14, 2022*

/s/Cody R. Rodgers
Cody R. Rogers, Esq.
Jarmie & Rogers
2540 El Paseo, Suite D
Las Cruces, NM 88001
crogers@jarmielaw.com

*Electronically Approved on April 13, 2022*

/s/Jeep Darnell
Jeep Darnell, Esq.
Jim Darnell, P.C.
310 N. Mesa, Suite 212
El Paso, Texas 79901
(915)532-2442
jedarnell@jdarnell.com

*Attorneys for Defendant Patrick Howard*

*Electronically Approved on April 14, 2022*

/s/Minal P. Unruh
Minal P. Unruh, Esq.
Stephanie J. Schneider, Esq.
Butt Thornton & Baehr, PC
P.O. Box 3170
Albuquerque, NM 87190-3170
(505) 884-0777
mpunruh@btblaw.com
tleichinger@btblaw.com

*Attorneys for Plaintiff-in-Intervention
Teachers Insurance Company*