IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**C.H.,**

    **Plaintiff,**

v.                                                                                                 No. 21-cv-0574 MV/SMV
                                                                                                     consolidated with
**PATRICK HOWARD, DANA CRITCHLOW,**                  20-cv-0190 SMV/GBW
**GREGORY A. EWING, and**                                       20-cv-0276 GBW/SMV
**LAS CRUCES PUBLIC SCHOOLS,**                          20-cv-0549 SMV/GBW

    **Defendants,**

**and**

**TEACHERS INSURANCE COMPANY,**

    **Plaintiff-in-Intervention,**

v.

**C.H. and PATRICK HOWARD,**

**Defendants-in-Intervention.**

## ORDER TO EXTEND DEADLINE
## TO FILE MOTION TO COMPEL DISCOVERY

    **THIS MATTER** comes before the Court on a Plaintiff's Motion for an Order to Extend Deadline to File Motion to Compel Discovery [Doc 100]. The Court, being fully advised, and the Parties being in full agreement, finds that the motion is well taken and should be GRANTED.

    THE DEADLINE for Plaintiff C.H. to file a Motion to Compel related to LCPS's answers, responses, and objections to Plaintiff's first discovery is extended to April 22, 2022.

    IT IS SO ORDERED.

_____
THE HONORABLE STEPHEN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

*Electronically submitted*

/s/ Amanda S. Carmody
Amanda S. Carmody, Esq.
Mollie C. McGraw, Esq.
McGraw & Associates, LLC
165 W. Lucero Avenue
Las Cruces, NM 88005
(575) 523-4321
Mollie@lawfirmnm.com
Amanda@lawfirmnm.com

*Attorney for Plaintiff V.D., C.H., S.O., and T.R.*

**Approved by:**

*Electronically Approved on 4/15/2022*

/s/Bryan Evans
Bryan Evans, Esq.
Atwood, Malone, Turner & Sabin, P.A.
P.O. Drawer 700
Roswell, NM 88202-0700
(575) 622-6221

*Attorneys for Defendants Las Cruces Public Schools, Hendee, Critchlow, Ewing, Carillo, and Brookover*