IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**C.H.,**

    **Plaintiff,**

v.                                                                                                                                       No. 21-cv-0574 MV/SMV
                                                                                                                                 consolidated with

**PATRICK HOWARD, DANA CRITCHLOW,**           20-cv-0190 SMV/GBW
**GREGORY A. EWING, and**                                    20-cv-0276 GBW/SMV
**LAS CRUCES PUBLIC SCHOOLS,**                    20-cv-0549 SMV/GBW

    **Defendants,**

**and**

**TEACHERS INSURANCE COMPANY,**

    **Plaintiff-in-Intervention,**

v.

**C.H. and PATRICK HOWARD,**

    **Defendants-in-Intervention.**

### ORDER GRANTING STIPULATED MOTION TO EXCEED 50-PAGE LIMIT FOR EXHIBITS TO PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT LCPS'S MOTION FOR PROTECTIVE ORDER AND MOTION TO QUASH PLAINTIFF'S RULE 30B6 SUBPOENA

**THIS MATTER** comes before the Court on a *Stipulated Motion to Exceed the 50-page Limit for Exhibits* for *Plaintiff's Response in Opposition to Defendant LCPS's Motion for Protective Order and Motion to Quash Plaintiff's Rule 30B6 Subpoena* [Doc 111]. The Court, being fully advised, and Defendant LCPS being in full agreement with Plaintiff's requested relief, finds that the motion is well taken and should be GRANTED.

IT IS HEREBY ORDERED that Plaintiff C.H. may file exhibits in excess of 50 pages for *Plaintiff's Response in Opposition to Defendant LCPS's Motion for Protective Order and Motion to Quash Plaintiff's Rule 30B6 Subpoena* [Doc. 110].

IT IS SO ORDERED.

_____
THE HONORABLE STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

*Electronically submitted*

/s/ Mollie C. McGraw
Mollie C. McGraw, Esq.
Mollie C. McGraw, Esq.
McGraw & Associates, LLC
165 W. Lucero Avenue
Las Cruces, NM 88005
(575) 523-4321
Mollie@lawfirmnm.com
Amanda@lawfirmnm.com

*Attorney for Plaintiff C.H.*

**Approved by:**

*Electronically Approved on 5-3-2022*

/s/Bryan Evans
Bryan Evans, Esq.
Atwood, Malone, Turner & Sabin, P.A.
P.O. Drawer 700
Roswell, NM 88202-0700
(575) 622-6221

*Attorneys for Defendants Las Cruces Public Schools,
Dana Critchlow and Gregory Ewing*