UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

C.H.,

    Plaintiff,

v().                                                              No. 2:21-cv-00574-MV-SMV

PATRICK HOWARD; DANA CRITCHLOW;
GREGORY A. EWING; and LAS CRUCES
PUBLIC SCHOOLS,

    Defendants,

and

TEACHERS INSURANCE COMPANY,

    Plaintiff-in-Intervention,

v.

C.H. and PATRICK HOWARD,

    Defendants-in-Intervention.

## STIPULATED ORDER GRANTING DEFENDANT LCPS'S UNOPPOSED MOTION FOR MENTAL HEALTH EXAMINATION OF PLAINTIFF C.H.

THIS MATTER having come before the Court on Defendant Las Cruces Public Schools' Unopposed Motion for Mental Health Examination of Plaintiff C.H., and the Court, having reviewed said Motion and, in particular, having noted that the Motion is unopposed, finds that it is well taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Plaintiff C.H. shall appear for a mental health examination with Defendant's chosen expert, clinical psychologist

Edward Siegel, Ph.D.  This mental health examination is scheduled for May 9, 2022, at 10:30 a.m. at the office of Marc A. Caplan, PhD, 637 N. Alameda Blvd., Las Cruces, NM 88005.

The scope of Dr. Siegel's mental health examination will include an interview of Plaintiff C.H. and two formal tests:  Personality Assessment Inventory (PAI), and Rorschach.  The interview portion of the examination will discuss Plaintiff's history, the impact of the incidents at issue on Plaintiff, how the incident is still bothering Plaintiff, the substance of Plaintiff's post-incident psychological treatment and the current status of that treatment, Plaintiff's use of medications and Plaintiff's support groups and mechanisms.  Dr. Siegel will also review relevant records.

The parties have agreed that Plaintiff C.H. shall have a neutral observer, Ms. Kat Mosier, attend the mental health examination, at Plaintiff's expense.  This neutral observer shall not make comments, take notes or record the examination, or in any way attempt to interfere or influence the examination.  This observer may not be called as a witness in this case absent extraordinary circumstances.  "Extraordinary circumstances" shall not include disputes about what was said or done by Plaintiff C.H. or Dr. Siegel during the normal course of a mental health examination.

IT IS SO ORDERED.

_____
HONORABLE STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

APPROVED:

ATWOOD, MALONE, TURNER & SABIN, P.A.


By **Electronically Submitted on 05/06/22  /s/ Bryan Evans**
    Bryan Evans
    Barbara Evans
    Jacqueline Miller
    P.O. Drawer 700
    Roswell, NM 88202-0700
    (575) 622-6221
*Attorneys for Defendant LCPS*


McGRAW & ASSOCIATES, LLC


By **Electronically Approved on 05/06/22 /s/ Mollie McGraw**
    Mollie McGraw
    Amanda S. Carmody
    165 W. Lucero Ave.
    Las Cruces, NM 88005
    (575) 523-4321
*Attorneys for Plaintiff*


STIFF, GARCIA & ASSOCIATES, LLC


By **Telephonically Approved on 05/06/22 /s/  John S. Stiff**
    John S. Stiff
    H. Nicole Werkmeister, Of Counsel
    Julia Y. Parsons
    500 Marquette Ave., N.W., Suite 1400
    Albuquerque, NM 87102-5312
    (505) 243-5755
*Attorneys for Defendant Howard*

JARMIE & ROGERS, P.C.

By **Electronically Approved on 05/06/22 /s/ Cody R. Rogers**
  Cody R. Rogers
  P.O. Box 344
  Las Cruces, NM 88004-0344
  (575) 288-1453
*Attorneys for Defendant Howard*

JIM DARNELL, P.C.

By **Electronically Approved on 05/06/22 /s/ Jim "Jeep" Darnell**
  Jim "Jeep" Darnell
  310 N. Mesa St., Suite 212
  El Paso, TX 79901
  (915) 532-2442
*Attorneys for Defendant Howard*

BUTT, THORNTON & BAEHR, P.C.

By **Electronically Approved on 05/06/22 /s/ Minal P. Unruh**
  Minal P. Unruh
  Stephanie J. Schneider
  P.O. Box 3170
  Albuquerque, NM 87190-3170
  (505) 884-0777
*Attorneys for Teachers Insurance Company*