IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

C.H.,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　　　　No. 21-cv-0574 MV/SMV
　　　　　　　　　　　　　　　　　　　　　　　　　　　　consolidated with
PATRICK HOWARD, DANA CRITCHLOW,　　　　　　　20-cv-0190 SMV/GBW
GREGORY A. EWING, and　　　　　　　　　　　　　　20-cv-0276 GBW/SMV
LAS CRUCES PUBLIC SCHOOLS,　　　　　　　　　　　20-cv-0549 SMV/GBW

    Defendants,

and

TEACHERS INSURANCE COMPANY,

    Plaintiff-in-Intervention,

v.

C.H. and PATRICK HOWARD,

    Defendants-in-Intervention.

## ORDER SETTING MOTION HEARING

**Location:**　　　　　　Zoom Video Conference

**Date and time:**　　　　June 6, 2022, at 9:30 a.m. MDT

**Matters to be heard:**　Plaintiffs' Motion to Compel Discovery from Las Cruces Public Schools [Doc. 104].
　　　　　　　　　　　　　Defendant Las Cruces Public Schools' Motion for Protective Order and Motion to Quash [Doc. 107].

    **IT IS ORDERED** that a hearing is set on 1) Plaintiffs' Motion to Compel Discovery from Las Cruces Public Schools [Doc. 104] and 2) Defendant Las Cruces Public Schools'

Motion for Protective Order and Motion to Quash [Doc. 107]. The hearing is set for **June 6, 2022, at 9:30 a.m. MDT** by **Zoom video conference**.

Counsel and parties may join the Zoom video conference at https://nmd-uscourts.zoomgov.com/j/1616272091 (Meeting ID: 161 627 2091; Passcode: 995034). Court staff will also email the Zoom link to counsel of record before the hearing. Counsel are responsible for providing the link to their clients, if necessary.

No later than **May 31, 2022**, each party must provide the Court a list of the names of the individuals who will attend the hearing. **This list must include the e-mail addresses and phone numbers for each person attending the hearing.** This list must be submitted to the Court by e-mail at VidmarChambers@nmd.uscourts.gov. Court staff will use this information to communicate with attendees during the hearing should there be technical difficulties with Zoom. All individuals attending the hearing must familiarize themselves with Zoom before the hearing.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**