IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

C.H.,

    Plaintiff,

v.                                                        No. 21-cv-0574 MV/SMV
                                                             consolidated with

PATRICK HOWARD, DANA CRITCHLOW,        20-cv-0190 SMV/GBW
GREGORY A. EWING, and                        20-cv-0276 GBW/SMV
LAS CRUCES PUBLIC SCHOOLS,                20-cv-0549 SMV/GBW

    Defendants,

and

TEACHERS INSURANCE COMPANY,

    Plaintiff-in-Intervention,

v.

C.H. and PATRICK HOWARD,

    Defendants-in-Intervention.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:      June 23, 2022, at 1:30 p.m. MDT

**Matter to be heard**:   Status Conference

    A telephonic Status Conference is hereby set for **June 23, 2022, at 1:30 p.m. MDT**. Counsel should be prepared to discuss the status of the case. Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings.

    IT IS SO ORDERED.

                                                                            _____
                                                                            STEPHAN M. VIDMAR
                                                                            United States Magistrate Judge