IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**C.H.,**

    **Plaintiff,**

v.                                                                                            No. 21-cv-0574 MV/SMV
                                                                                                       consolidated with
**PATRICK HOWARD, DANA CRITCHLOW,**                              20-cv-0190 SMV/GBW
**GREGORY A. EWING, and**                                                    20-cv-0276 GBW/SMV
**LAS CRUCES PUBLIC SCHOOLS,**                                         20-cv-0549 SMV/GBW

    **Defendants,**

**and**

**TEACHERS INSURANCE COMPANY,**

    **Plaintiff-in-Intervention,**

v.

**C.H. and PATRICK HOWARD,**

    **Defendants-in-Intervention.**

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF DISCOVERY AND DISPOSITIVE MOTIONS DEADLINES

**THIS MATTER** came before the Court on the parties' Joint Motion for Extension of Discovery and Dispositive Motions Deadlines. [Doc. 134]. The Court, having reviewed said motion, finds that it is well-taken and should be granted.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the discovery deadline be extended to September 15, 2022, and the dispositive motions deadline be extended to October 17, 2022. All other deadlines shall be unchanged.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**