IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

C.H.,

    Plaintiff,

v.                                                    No. 21-cv-0574 MV/SMV
                                                                    consolidated with
PATRICK HOWARD, DANA CRITCHLOW,            20-cv-0190 SMV/GBW
GREGORY A. EWING, and                           20-cv-0276 GBW/SMV
LAS CRUCES PUBLIC SCHOOLS,                       20-cv-0549 SMV/GBW

    Defendants,

and

TEACHERS INSURANCE COMPANY,

    Plaintiff-in-Intervention,

v.

C.H. and PATRICK HOWARD,

    Defendants-in-Intervention.

### ORDER DENYING PLAINTIFFS' MOTION TO COMPEL DEFENDANT LAS CRUCES PUBLIC SCHOOLS' RESPONSE TO RFP 10 AND GRANTING PLAINTIFFS' ORAL MOTION TO COMPEL PRODUCTION OF THE CRITCHLOW MEMO

THIS MATTER is before me on Plaintiffs' Motion to Compel Defendant Las Cruces Public Schools' ("LCPS's") Answers and Responses to Plaintiffs' First Sets of Interrogatories, Requests for Production, Requests for Admission, and Requests for Inspection (the "Motion to Compel") [Doc. 104].[1] I heard oral argument on June 30, 2022, and granted the Motion to Compel in part and denied it in part on July 1, 2022. [Doc. 144]. I reserved ruling on (1) Plaintiffs' motion

---

[1] *See* LCPS's Response [Doc. 117] and Plaintiff's Reply [Doc. 124].

to compel production of completed evaluation forms from 2015 to present for the LCPS employees listed in Request for Production ("RFP") 10 and (2) Plaintiffs' oral motion, during the oral argument, to compel production of a memo related to Defendant Critchlow (the "Critchlow Memo") pending in camera review of those documents. *Id*.

Having reviewed the documents, I find the contents of the evaluation forms are not relevant to any claims or defenses in this matter. *See* Fed. R. Civ. P. 26(b)(1) (discovery encompasses "any nonprivileged matter that is relevant to any party's claim or defense . . . ."). In contrast, I find that the contents of the Critchlow Memo are relevant and discoverable. I will, therefore, deny Plaintiffs' Motion to Compel as it relates to RFP 10 and grant Plaintiffs' oral motion to compel production of the Critchlow Memo.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Plaintiffs' Motion to Compel as it relates to RFP 10 is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiffs' oral motion to compel production of the Critchlow Memo is **GRANTED**.

**IT IS FURTHER ORDERED** that LCPS must produce a copy of the Critchlow Memo to Plaintiffs within five days of entry of this Order.

**IT IS SO ORDERED.**

_____
STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE