IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**C.H.,**

    **Plaintiff,**

v.

                                                                   No. 2:21-cv-00574-MV/SMV

**PATRICK HOWARD,**
**LAS CRUCES PUBLIC SCHOOLS,**

    **Defendant**s,

**and**

**TEACHERS INSURANCE COMPANY,**

    **Plaintiff-in-Intervention,**

v.

**C.H. and PATRICK HOWARD,**

    **Defendants-in-Intervention.**

## ORDER EXTENDING DISCOVERY
## AND DISPOSITIVE MOTION DEADLINES

THIS MATTER comes before the court on the parties' Stipulated Motion to Extend Deadlines for Discovery and Dispositive Motions. [Doc. 160]. Having Reviewed the Motion and being fully advised in the premises, the Court FINDS good cause to GRANT it. IT IS HEREBY ORDERED THAT the expert deadlines are extended as follows:

| | |
|---|---|
| Close of Discovery for the limited purposes of deposing Dr. Serrano and Dr. Ewing | October 31, 2022 |
| Dispositive Motion Deadline | December 1, 2022 |

1

_____
STEPHEN VIDMAR
UNITED STATES MAGISTRATE JUDGE


Respectfully Submitted,

/s/ Amanda S. Carmody
Amanda S. Carmody, Esq.
Mollie C. McGraw, Esq.
McGraw & Associates, LLC
165 W. Lucero Avenue
Las Cruces, NM 88005
(575) 523-4321
Mollie@lawfirmnm.com
Amanda@lawfirmnm.com

*Attorney for Plaintiff C.H.*


Approved by:

*Approved on 9/15/22*
/s/Bryan Evans
Bryan Evans, Esq.
Atwood, Malone, Turner & Sabin, P.A.
P.O. Drawer 700
Roswell, NM 88202-0700
(575) 622-6221

*Attorneys for Defendants Las Cruces Public Schools*

*Approved on 9/14/22*

/s/ John Stiff
John Stiff, Esq.
STIFF, KEITH & GARCIA, LLC
500 Marquette Ave. NW, Ste. 1400
Albuquerque, New Mexico 87102

2

(505) 243-5755
jstiff@stifflaw.com

*Approved on 9/15/22*

/s/ Cody R. Rodgers
Cody R. Rogers, Esq.
Jarmie & Rogers
2540 El Paseo, Suite D
Las Cruces, NM 88001
crogers@jarmielaw.com

*Approved on 9/14/22*

/s/ Jeep Darnell
Jeep Darnell, Esq.
Jim Darnell, P.C.
310 N. Mesa, Suite 212
El Paso, Texas 79901
(915)532-2442
jedarnell@jdarnell.com

*Attorneys for Defendant Patrick Howard*

*Approved on 9/14/22*

/s/ Minal P. Unruh
Minal P. Unruh, Esq.
Stephanie J. Schneider, Esq.
Butt Thornton & Baehr, PC
P.O. Box 3170
Albuquerque, NM 87190-3170
(505) 884-0777
mpunruh@btblaw.com
tleichinger@btblaw.com

*Attorneys for Plaintiff-in-Intervention Teachers Insurance Company*