IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**C.H.,**

　　Plaintiff,

v.

**PATRICK HOWARD,
DANA CRITCHLOW,
GREGORY A. EWING, and
LAS CRUCES PUBLIC SCHOOLS,**

　　Defendants,

**and**

**TEACHERS INSURANCE COMPANY,**

　　Plaintiff-in-Intervention,

v.

**C.H. and PATRICK HOWARD,**

　　Defendants-in-Intervention.

No. 2:21-cv-00574-MV-SMV

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO SEAL ALANNA GUISTO'S DEPOSITION

**THIS MATTER** comes before the Court on *Plaintiff's Unopposed Motion to Seal Alanna Guisto's Deposition* [Doc. 164]. The Court, being fully advised, finds that the motion is well taken and should be GRANTED.

IT IS HEREBY ORDERED that the audiovisual recording, transcript, and exhibit 13 from Alanna Guisto's deposition shall be sealed. Nothing contained in this order shall be construed as an agreement concerning usage at trial, by any party, of the deposition.

1

_____
THE HONORABLE STEPHEN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

*Electronically submitted*

<u>/s/ Amanda S. Carmody</u>
Amanda S. Carmody, Esq.
Mollie C. McGraw, Esq.
McGraw & Associates, LLC
165 W. Lucero Avenue
Las Cruces, NM 88005
(575) 523-4321
Mollie@lawfirmnm.com
Amanda@lawfirmnm.com

*Attorney for Plaintiff C.H. & T.R.*

**Approved by:**

*Telephonically approved to court staff on 10/12/22*

<u>/s/ Bryan Evans</u>
Bryan Evans, Esq.
Atwood, Malone, Turner & Sabin, P.A.
P.O. Drawer 700
Roswell, NM 88202-0700
(575) 622-6221

*Attorneys for Defendants Las Cruces Public Schools,
Hendee, Critchlow, Ewing, Carillo, and Brookover*

**Approved by:**

*Electronically Approved on  10/10/2022*

<u>/s/ John Stiff</u>
John Stiff, Esq.
STIFF, KEITH & GARCIA, LLC
500 Marquette Ave. NW, Ste. 1400
Albuquerque, New Mexico 87102
 (505) 243-5755

jstiff@stifflaw.com

*Electronically Approved on 10/10/2022*

/s/Cody R. Rogers
Cody R. Rogers, Esq.
Jarmie & Rogers
2540 El Paseo, Suite D
Las Cruces, NM 88001
crogers@jarmielaw.com

*Electronically Approved on 10/10/2022*

/s/Jeep Darnell
Jeep Darnell, Esq.
Jim Darnell, P.C.
310 N. Mesa, Suite 212
El Paso, Texas 79901
(915)532-2442
jedarnell@jdarnell.com

*Attorneys for Defendant Patrick Howard*

*Electronically Approved on 10/02/2022*

/s/ Minal P. Unruh
Minal P. Unruh, Esq.
Stephanie J. Schneider, Esq.
Butt Thornton & Baehr, PC
P.O. Box 3170
Albuquerque, NM 87190-3170
(505) 884-0777
mpunruh@btblaw.com
tleichinger@btblaw.com

*Attorneys for Plaintiff-in-Intervention Teachers Insurance Company*